Casimir LEBEAU and Vernon Ashley, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant– Cross Appellant,

and

SISSETON–WAHPETON SIOUX TRIBE, Spirit Lake Tribe, and Sisseton–Wahpeton Sioux Council of the Assiniboine and Sioux Tribes, Defendants–Appellees.

Nos. 03–1316, 03–1317.

United States Court of Appeals, Federal Circuit.

July 8, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).